THE STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. CHARLES HUBER, PETITIONER-APPELLANT.

Decided May 23, 1955.

*Mr. Charles Huber,* in *propria persona.*

*Mr. Mitchell H. Cohen* for the respondent (*Mr. I. V. DiMartino,* of counsel).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion *per curiam* in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.